IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
CHARLOTTE, NC
JUN 18 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. **1:24-CR-44-MOC-WCM** |
| | ) | |
| v. | ) | **Filed Under Seal** |
| | ) | |
| JASON ALLEN SPILLARS | ) | |
| | ) | |

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrant, and all related motions or orders issues be sealed,

**IT IS HEREBY ORDERED** that the foregoing materials are sealed.

SO ORDERED on this 18th day of June 2024.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA