IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:24-CR-044-MOC-SCR *SEALED*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JASON ALLEN SPILLARS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal" (Document No. 5) filed July 3, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal" (Document No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Bill Of Indictment" (Document No. 5) shall be unsealed.

**SO ORDERED**.

Signed: July 8, 2024

David C. Keesler
United States Magistrate Judge